UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MBD No. 26-MC-91132

KELBY CORREIA,

Defendant

**ASSENTED-TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT AND EXCLUSION OF TIME, <u>UNDER THE SPEEDY TRIAL ACT</u>**

The United States of America, by and through undersigned counsel, respectfully moves this Court for an order granting a continuance of the time within which an indictment must be filed, and excluding the time period from March 2, 2026, through and including May 1, 2026, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding this period, outweigh the best interests of the public and the Defendant in a speedy trial. The government further asks this Court to issue the attached proposed Order of Continuance and Excludable Delay.

In support of this request, the government states as follows:

1.      On March 2, 2026, the Defendant made his initial appearance in the District of Massachusetts having been charged via criminal complaint styled *United States v. Kelby Correia*, Docket No. 26-mj-6138-MPK. The Defendant consented to voluntary detention without prejudice.

2.      The government has provided pre-indictment discovery, and the parties are actively discussing a pre-indictment resolution of the case. However, the Defendant has pending parole and

probation matters in state court that he must also address before these discussions are finalized. Thus, the government, with the assent of the Defendant, requests a 60-day extension of time within which an indictment must be filed in this case.

3.     If the requested time is excluded, the 30-day period for indictment will commence on May 1, 2026, and the United States will have until May 31, 2026, to return an indictment in this case.

4.     Counsel for the Defendant, Attorney Daniel Gaudet, has reviewed this motion and assents to it.

5.     A proposed order is attached.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s David Cutshall*
        David Cutshall
        Assistant United States Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210

Dated:   March 18, 2026

## CERTIFICATE OF SERVICE

I, David Cutshall, Assistant United States Attorney, hereby certify that this document has been provided by email to counsel of record.

*/s David Cutshall*
David Cutshall
Assistant United States Attorney

Dated:   March 18, 2026

2